# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2008

136460

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GEORGETTE MERICKA,
        Petitioner-Appellant,

v

DEPARTMENT OF COMMUNITY HEALTH,
        Respondent-Appellee,

and

ST. CLAIR COUNTY COMMUNITY
MENTAL HEALTH,
        Intervening Respondent-Appellee.
_____/

SC: 136460
COA: 280596
St. Clair CC: 07-000015-AA

On order of the Court, the application for leave to appeal the April 3, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2008

_____
Clerk